TIMOTHY COURCHAINE
United States Attorney
District of Arizona

DONDI OSBORNE
Assistant U.S. Attorney
Colorado Bar #27432
123 N. San Francisco St., Suite 410
Flagstaff, Arizona 86001
Telephone: (928) 556-0833
dondi.osborne@usdoj.gov
*Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Stetson Tawn Mangum,<br><br>Defendant. | No.   CR-25-08132-01-PCT-CDB<br><br>**INFORMATION**<br><br>Count 1: 18 U.S.C. §§ 7 and 113(a)(4)<br>Assault by Striking, Beating, or Wounding, a Class A Misdemeanor<br><br>Count 2: 18 U.S.C. §§ 7 and 13 and A.R.S. §§ 13-3623(B)(3), 13-604(D)(1), 13-707(A)(1), and 13-802(A)<br>Child Endangerment, a Class B Misdemeanor |

THE UNITED STATES OF AMERICA CHARGES:

Count 1:

On or about June 21, 2024, to June 22, 2024, in the District of Arizona, within the special maritime and territorial jurisdiction of the United States, that is, the Grand Canyon National Park, the defendant, STETSON TAWN MANGUM, did intentionally, knowingly, and recklessly assault the victim, K.M.G., who was an intimate partner, and a person with whom the defendant shares a child in common, and a person who has cohabitated with the defendant as a spouse, and a person who was similarly situated to the defendant as a spouse, by wounding her.

In violation of Title 18, United States Code, Sections 7 and 113(a)(4).

**CC:  USM & PTS**

Count 2:

On or about June 21, 2024, to June 22, 2024, in the District of Arizona, within the special maritime and territorial jurisdiction of the United States, that is, the Grand Canyon National Park, the defendant, STETSON TAWN MANGUM, under circumstances other than those likely to produce death or serious physical injury to a child, having the care and custody of the child, did with criminal negligence cause a child, Jane Doe, to be placed in a situation where the person and health of Jane Doe was endangered, in violation of Title 18, United States Code, Sections 7 and 13 and Arizona Revised Statutes, Sections 13-3623(B)(3) (child endangerment), and 13-604(D)(1) (designating offense as a misdemeanor), 13-707(A)(1) (imprisonment), and 13-802(A) (fine).

Date: July 22, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

DONDI J. OSBORNE
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT IN SUPPORT OF INFORMATION

I, Abigail Confer, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Investigative Services Branch of the National Park Service (NPS), United States Department of the Interior. I am presently assigned to the Southwest Area of Responsibility (AOR), duty stationed at Grand Canyon National Park. I have been employed with the NPS as a full-time law enforcement officer since 2010, as a U.S. Park Ranger and as a Special Agent in Arizona. I have received training at the Federal Law Enforcement Training Center, completing the Land Management Police Training Program and the Land Management Investigator Training Program. I have conducted criminal investigations into a variety of offenses, including domestic violence, stalking/harassing, physical assault, and strangulation.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other special agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. This case involves an investigation into the assault of K.M.G., who is an adult (37 years old) female, and the endangerment of Jane Doe, who is a child (8 years old), that is believed to have occurred within Grand Canyon National Park, in the District of Arizona. The Grand Canyon National Park is an area within the special maritime and territorial jurisdiction of the United States.

4. As detailed below, there is probable cause to believe that on or about and between June 21 and 22, 2024, K.M.G. was physically assaulted by her fiancée and intimate dating partner, Stetson MANGUM (MANGUM), who is an adult (born 1992) male, and the assault took place in the presence of Jane Doe, K.M.G.'s eight-year-old

daughter, thereby endangering her. I make this affidavit in support of my investigation into offenses committed against K.M.G. and Jane Doe, including assault by striking/beating/wounding, a violation of Title 18, U.S.C. §§ 7, 113(a)(4), a class A misdemeanor, and child endangerment, in violation of Title 18, U.S.C. §§ 7 and 13, and A.R.S. §§ 13-3623B(3) and 13-604(D)(1), a class B misdemeanor.

## **PROBABLE CAUSE**

5.     On June 22, 2024, at approximately 0718 a.m., U.S. Park Ranger (Ranger) Aaron Zavesky was off duty and received a phone call from one of the mule wranglers who said MANGUM beat up his girlfriend and then fled the park driving his white Ford F250 truck. It was reported that MANGUM was possibly suicidal. Ranger Zavesky instructed the wrangler to call 911 to report the incident. At 0727 a.m., Rangers Zavesky and Sawyer Lawson were dispatched to the Grand Canyon Trail Rides employee housing area for a report of a physical assault on K.M.G. by MANGUM, within the boundaries of Grand Canyon National Park, in the District of Arizona.

6.     Upon arrival at the residence of MANGUM and K.M.G., Ranger Zavesky observed multiple red scratch marks along the left side of K.M.G.'s neck, which extended from her jaw line to her collar bone.

7.     K.M.G. was interviewed by Ranger Zavesky on June 22, 2024, and by me on June 24, 2024. During the interviews K.M.G. provided the following information:

8.     K.M.G. and MANGUM met in 2017 and began dating in 2019. They have a 3-year-old child in common. K.M.G. has four other children from other relationships, a 17-year-old, a 16-year-old, a 14-year-old, and an 8-year-old (Jane Doe). More than once, K.M.G. and MANGUM have separated as a result of MANGUM's excessive drinking, threats to commit suicide, and abuse, and they have reconciled after MANGUM completed substance abuse rehabilitation programs.

9.     On June 21, 2024, K.M.G. drove her 17-year-old daughter to a special event in St. George, Utah, while MANGUM drove the rest of the kids from their residence in Tropic, Utah, to their residence on the north rim in Grand Canyon National Park. When

K.M.G. arrived at the north rim, MANGUM had been drinking and was intoxicated. K.M.G. had a couple friends and their two kids visiting that weekend.

10. That night MANGUM and K.M.G. had to shuffle some of their employees around to different trailers to accommodate her friends, which later resulted in an argument between MANGUM and K.M.G. in their trailer. At one point during their argument, K.M.G. went to the living room to sleep on the recliner. K.M.G.'s eight-year-old daughter was sleeping in the living room on the couch. MANGUM followed K.M.G. to the living room and paced back and forth from the living room to the bedroom, continuously yelling at her to either come to bed with him or leave. K.M.G. said MANGUM pointed to the door and yelled, "get out bitch," multiple times.

11. At one point, K.M.G. sat down in the recliner in the living room and MANGUM approached her in the recliner and put his entire body on top of her. She could hardly breathe and began to panic and started swinging at him-- trying to get him off by pushing his shoulders and his face away from her. MANGUM got off of her but continued to yell at her and walked back over to her and laid on her again. MANGUM yelled in K.M.G.'s face and put his hands around her neck. K.M.G. was able to hit one of MANGUM's wrists and got his hand off her neck, which is how she got the scratches on her neck. K.M.G. was able to get enough space between she and MANGUM and she kicked MANGUM off her. MANGUM then grabbed K.M.G. by the neck and pushed her over backward in the recliner. During the incident, K.M.G. heard her 8-year-old daughter, Jane Doe, who was in the living room during the assault, screaming, "don't hurt my mommy."

12. For several hours following the assault, MANGUM repeatedly went from the bedroom to the living room, yelling at her to leave and trying to get another beer. During this time, K.M.G.'s son, and the children of her visiting friends, who were staying in a nearby trailer, had come to assist K.M.G. and repeatedly blocked MANGUM from leaving the bedroom to get another beer. The last time MANGUM came out into the living room was approximately 2:00 a.m.

13. The following morning, K.M.G. and MANGUM continued to argue and MANGUM threatened to kill himself and eventually got into his truck and left. After

MANGUM left, K.M.G. told one of the wranglers that MANGUM had assaulted her, and K.M.G. believed the wrangler called law enforcement.

14. On June 24, 2025, K.M.G. underwent a strangulation exam at the Kane County Hospital in Kanab, Utah. The forensic nurse documented multiple injuries on K.M.G.'s body including scratches on her neck, tenderness on her upper chest, tenderness of her right inner elbow, and tenderness in the middle of her back. During the examination, K.M.G. told the nurse examiner that MANGUM had wrapped his hands around her neck and "squeezed real fast and then let go." K.M.G. stated that the length of time she was strangled was "not even a second."

15. On June 29, 2024, K.M.G.'s 8-year-old daughter, Jane Doe, was interviewed by a child forensic interviewer. Jane Doe stated that on the night of the incident, she/Jane Doe was on the couch in the living room and woke up because she heard MANGUM screaming. While her mom/K.M.G. was sitting in the recliner, MANGUM got really mad and tried to push the recliner over by pushing on the top of the chair near her mom's head. When MANGUM could not push the recliner over, he pushed on the part of the chair where her mom's feet were, and the recliner fell over. MANGUM flipped her mom over and was trying to choke her. Jane Doe said, "There were a whole bunch of scratches."

16. Based on the foregoing, I believe there is probable cause to support that on or about and between June 21 and June 22, 2024, in the District of Arizona, in Coconino County, in Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, Stetson MANGUM, violated Title 18, U.S.C. §§ 7, 113(a)(4), & Title 18, U.S.C. §§ 7, 13 and A.R.S. §§ 13-3623B(3) & 13-604.

17. Stetson MANGUM entered a long term in-patient treatment facility shortly after the aforementioned events. Thus, I respectfully request the issuance of a summons.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Sworn to telephonically on July 24, 2025

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.07.24 13:18:46 -07'00'

CAMILLE D. BIBLES
United States Magistratge Judge

ABIGAIL CONFER
Digitally signed by ABIGAIL CONFER
Date: 2025.07.22 13:01:44 -07'00'

Abigail Confer
Special Agent, National Park Service

4